THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GIACANIO PATRONAG-GIO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES H. STOLL, Appellant.— Judgment of conviction of the County Court of Nassau county affirmed, pursuant to the provisions of section 542 of the Code of Criminal Procedure.   No opinion.   Kelly, P. J., Kelby and Young, JJ., concur; Rich, J., dissents and votes to reverse the judgment and for a new trial; Jaycox, J., dissents and votes to reverse the judgment and to dismiss the indictment.

IVA RIDER, Appellant, v. GEORGE H. AINSLIE, Respondent, Impleaded with Others, Defendants.— Order changing place of trial affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

HERBERT WECKBACK, Respondent, v. HENRIETTA B. WECKBACK, Appellant.— Judgment unanimously affirmed, without costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CHESTER ADAMS, Respondent, v. THELMA MAY ADAMS, Appellant.— Motion to dismiss appeal granted by default.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GRACE BOSELLI, Respondent, v. THEODORE L. BOSELLI, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HUMPHREY M. BOURNE, Respondent, v. GARDINER & WELLS COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

COMMISSIONER OF PUBLIC WELFARE, on Complaint of MARION GOLINSKY, Respondent, v. FRANK DRABINSKY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

LUIGI COTRONEO, Respondent, v. DRAPKIN & GOLDBERG CONSTRUCTION COMPANY and Another, Appellants.— Motion to dismiss appeal granted for failure to comply with Rule 12.*   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GEORGE EWALD, an Infant, by GEORGE EWALD, His Guardian ad Litem, Respondent, v. ANTHONY NUOBARA, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

PHILIP FLEISHER, Respondent, v. THE PHOENIX INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HENRY MOSS & Co., INC., Respondent, v. WILLIAM GILLESPIE, Appellant.—

---

* See App. Div. Rules, 2d Dept., rule 12.— [REP.